UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
CANAN KANMAZ

                                      Case No.: 2:21-cv-02873-JS-ST

                    Plaintiff,

     -against-

ROACH & MURTHA ATTORNEYS AT LAW P.C.
     f/k/a ROACH & MURTHA, P.C.,
GEMINI EQUITIES, LLC, and
ARIES CAPITAL PARTNERS, INC.,

                   Defendants.
---------------------------------------------------------------------X

**CERTIFICATE OF DEFAULT AS TO**
**DEFENDANT GEMINI EQUITIES, LLC**

      I, DOUGLAS C. PALMER, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant Gemini Equities, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Gemini Equities, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
         July 19, 2021

                                                      DOUGLAS C. PALMER, Clerk of Court

                                                 By:  /s/ Laurie Coleman
                                                           Deputy Clerk