**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 2, 2021 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-21-2873 (JS) |
| **NAME OF CASE(S):** | **KANMAZ V. ROACH & MURTHA ATTORNEYS AT LAW P.C. ET. AL.** |
| **FOR PLAINTIFF(S):** | Keshavarz, Caterine |
| **FOR DEFENDANT(S):** | Vinogradsky |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but the parties were unable to reach a disposition at this time. Parties will advise the Court when a further settlement discussion would be productive. The Court sets the following discovery schedule:

Deadline for completion of Rule 26(a) initial disclosures - 11/05/21;

First requests for production of documents and interrogatories due by - 11/30/21;

Deadline for motions to join new parties or amend pleadings - 1/7/22;

All fact discovery to be completed by 3/14/22;

Exchange of expert reports - 4/13/22;

Expert depositions completed by - 5/13/22;

All discovery completed by - 5/13/22;

Final date to take first step in dispositive motion practice - 6/13/22.