# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 28, 2021 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-21-2873 (JS) |
| **NAME OF CASE(S):** | **KANMAZ V. ROACH & MURTHA ATTORNEYS AT LAW P.C. ET. AL.** |
| **FOR PLAINTIFF(S):** | Keshavarz |
| **FOR DEFENDANT(S):** | Anello |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 10:05 - 10:10 |

## RULINGS FROM MOTION HEARING:

Plaintiff's Letter Motion to Compel [31] is granted. Defendant shall provide full and complete verified responses to Plaintiff's discovery demands by January 11, 2022.