## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CANAN KANMAZ,<br><br>        PLAINTIFF,<br><br>-AGAINST-<br><br>ROACH & MURTHA ATTORNEYS AT LAW, P.C., F/K/A ROACH & MURTHA, P.C.,<br>GEMINI EQUITIES, LLC, AND ARIES CAPITAL PARTNERS, INC.,<br><br>        DEFENDANT. | Civil Action No. 2:21-CV-02873<br><br>**CERTIFICATION AS TO ACCURACY OF DEFENDANT'S RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS** |

I, Timothy Murtha, of full age, do hereby state as follows:

1. I am a partner with the law firm of Roach and Murtha, P.C., ("R&M") Defendant in the above-captioned action.

2. I have reviewed R&M's responses to Plaintiff's Interrogatories, Requests for Documents, and Requests for Admissions dated November 3, 2021.

3. To the best of my knowledge each response is accurate.

4. A thorough review of the records of Roach indicates no additional documents exist in Roach's possession, custody, or control with respect to Plaintiff's November 3, 2021, Requests for Production of Documents other than those produced to Plaintiff by Roach.

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are wilfully false, I am subject to punishment.

Date: January 12, 2022

_____
Timothy Murtha