# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 28, 2022 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-21-2873 (JS) |
| **NAME OF CASE(S):** | **KANMAZ V. ROACH & MURTHA ATTORNEYS AT LAW P.C. ET. AL.** |
| **FOR PLAINTIFF(S):** | Keshavarz, Caterine |
| **FOR DEFENDANT(S):** | Vinogradsky |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 11:30 - 12:10 |

## RULINGS FROM MOTION HEARING:

Plaintiff's Letter Motion to Compel [34][35] is granted in part and denied in part. Defendants shall produce a privilege log for any documents being withheld on the basis of attorney client or work-product privilege or an explicit certification that no documents are being withheld on the basis of privilege. Defendants will also provide a revised response to Interrogatory 8. Following the deposition of Mr. Murtha, Plaintiff may revise the document requests and interrogatories to seek additional information regarding the topics in Interrogatories 9-12. All discovery deadlines are extended by 60 days.